**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

M.J. THIELE ARCHITECT, INC., etc.,

        Plaintiff,

vs.                                           Case No. 3:07-cv-1044-J-32MCR

TIDEWAY GOLFVIEW, LLC., etc., et al.,

        Defendants.

_____

**ORDER**[1]

This copyright infringement case was brought by M.J. Thiele Architect, Inc. against defendants Tideway Golfview, LLC, Tideway Development Group, Inc., Alfred R. Weber and Donald L. Lurtz, who plaintiff alleges willfully infringed plaintiff's copyright as to architectural drawings for certain residential condominium buildings. Defendant Alfred R. Weber has now moved for summary judgment (Doc. 25) and plaintiff has moved for partial summary judgment on the issue of liability (Doc. 28). Supporting evidentiary materials and responses in opposition have been filed. See Docs. 26, 27, 29, 30.

As to plaintiff's motion, the Court finds there are disputed issues of material fact precluding entry of summary judgment in plaintiff's favor as to liability and plaintiff's motion (Doc. 28) is therefore due to be denied. Compare, e.g., Thiele declaration (Doc. 27) with Weber's sworn declaration and December 15, 2004 letter attached thereto (Doc. 30, attachments) (presenting disputed issue of material fact as to who owned plans). See

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Fed.R.Civ.P. Rule 56(c) (entry of summary judgment appropriate where evidentiary materials show "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law").[2]

As to defendant Alfred R. Weber's Motion for Summary Judgment (Doc. 25), the Court finds it is due be denied on grounds that the basis upon which Weber is seeking judgment in his favor (that he is not the "right" Alfred R. Weber) is entirely frivolous. See, e.g., Doc. 29 attachments. (And to be clear, the defendant who is before the Court is Alfred R. Weber, Jr. who presently and/or formerly resides in Volusia County and formed and ran the two Tideway defendants sued here).[3]

Both motions having been denied, this case remains set for a Final Pretrial Conference on **August 17, 2009**[4] and trial on the term beginning **September 8, 2009**. All

---

[2]Defendants Alfred R. Weber, Tideway Golfview, LLC and Tideway Development Group, Inc. also argued that plaintiff's motion should be denied on the grounds that it was filed late. Plaintiff timely sought an extension until May 22, 2009 to file its motion based on the hospitalization of one of its affiants. Plaintiff's motion was filed at 12:16 a.m. on May 23, 2009, sixteen minutes of tardiness which prejudiced no one and the Court accepts plaintiff's motion as timely filed. Defendants, on the other hand, did not seek an extension of the original May 14, 2009 summary judgment deadline and, as noted above, plaintiff's reason for seeking the extension (illness of a witness) did not create any basis for the Court to anticipate that defendants too would require (and apparently grant to themselves) an extension. Nonetheless, the Court will consider defendants' May 22, 2009 motion as having been timely filed.

[3]The Court will decide at the end of the case whether to impose sanctions for the filing of a frivolous summary judgment motion.

[4]No later than **August 10, 2009** (the date by which the parties will file their pretrial statement, see Doc. 18) plaintiff shall also clarify its position as to defendant Donald Lurtz, who provided an affidavit in support of plaintiff's motion for summary judgment (which motion did not seek summary judgment against Lurtz).

2

terms of the Court's Case Management and Scheduling Order related to those proceedings remain in effect. See Docs. 18, 20.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of July, 2009.

*TIMOTHY J. CORRIGAN*
United States District Judge

s.
Copies:

counsel of record