**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

M.J. THIELE ARCHITECT, INC.,

                Plaintiff,

vs.                                            Case No. 3:07-cv-1044-J-32MCR

TIDEWAY GOLFVIEW, LLC, etc., et al.,

                Defendants.

_____

### <u>ORDER</u>

      This case is before the Court on plaintiff M.J. Thiele Architect, Inc.'s Motion for Default Judgment.  (Doc. 48).  On June 1, 2010, this Court entered an Order (Doc. 43) striking the Answers of defendants Tideway Development Group, Inc., Tideway Golfview, LLC, and Alfred R. Weber, Jr., and directing the Clerk to enter default against those defendants (collectively, the "Tideway Defendants").[1]  In addition, the Order directed Plaintiff to move for a final default judgment and for fees and costs by June 21, 2010, and provided the Tideway Defendants an opportunity to respond by July 12, 2010.

      On June 2, 2010, the Clerk entered default as to the Tideway Defendants.  (Doc. 44).  Plaintiff timely moved for final default judgment and provided supporting documentation for its damages request (Docs. 45, 46, 47, 48, 49).  The Tideway Defendants have failed to respond within the time frame provided by the Court.

_____

    [1]    Plaintiff previously informed the Court that a settlement agreement had been reached with the remaining defendant, Donald Lurtz.  <u>See</u> Doc. 33 at 1 n.1.  Mr. Lurtz was therefore not subject to the Court's June 1, 2010 Order and the claims against him are due to be dismissed without prejudice.

Upon consideration, the Court finds default judgment is now due to be entered in Plaintiff's favor and against the Tideway Defendants in the amount of $335,252.53, pursuant to Fed.R.Civ.P. 55(b).   This sum includes $300,000 in statutory damages for willful infringement of two copyrighted condominium building plans, pursuant to 17 U.S.C. § 504(c)(2), as well as $5,594.13 in costs and $29,658.40 in attorney's fees pursuant to 17 U.S.C. § 505.  The Court finds that Plaintiff has properly supported its requested damages with affidavits and other documentation (Docs. 45, 47), a proposed bill of costs (Doc. 46) and billing records (Doc. 49).  Accordingly, it is hereby

**ORDERED**:

1.     M.J. Thiele Architect, Inc.'s Motion for Final Default Judgment (Doc. 48) is **GRANTED**.

2.     The Clerk is directed to enter a default judgment in favor of plaintiff, M.J. THIELE ARCHITECT, INC., and against defendants TIDEWAY GOLFVIEW, LLC, TIDEWAY DEVELOPMENT GROUP, INC., and ALFRED R. WEBER, JR., jointly and severally, in the amount of $335,252.53.

3.     Thereafter, the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of August, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

2

jmm.
Copies:

counsel of record

Tideway Golfview, LLC
c/o Registered Agent Alfred R. Weber, Jr.
1440 N. Nova Rd., Suite 305
Holly Hill, FL 32117

Tideway Development Group, Inc.
c/o Registered Agent Alfred R. Weber, Jr.
1440 N. Nova Rd., Suite 305
Holly Hill, FL 32117

Alfred R. Weber, Jr.
1440 N. Nova Rd., Suite 305
Holly Hill, FL 32117